## HOUSING AUTHORITY OF THE CITY OF NORWALK *v.* JOI LEE
### (AC 32839)

DiPentima, C. J., and Lavine and Robinson, Js.

Submitted on briefs February 3—officially released February 28, 2012

Per Curiam. The judgment is affirmed.

## BRUCE FELDER *v.* COMMISSIONER OF CORRECTION
### (AC 32210)

Beach, Robinson and Sheldon, Js.

Argued January 30—officially released February 28, 2012

Per Curiam. The appeal is dismissed.

## JIMMY GARDNER *v.* COMMISSIONER OF CORRECTION
### (AC 33019)

Gruendel, Beach and Sheldon, Js.

Submitted on briefs February 3—officially released February 28, 2012

Per Curiam. The appeal is dismissed.